AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (last name, first, middle initial)<br><br>JUSTICE, WILLIAM W. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>07/24/2009 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>903 SAN JACINTO BLVD.<br>CHAMBERS 316<br>AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

2009 JUL 8 P 3: 20
RECEIVED
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Justice, William W (1)**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▉▉▉▉ VAN ZANDT CTY, TX | A | Rent | M | W | | | | | |
| 2. ▉▉▉▉ CASTLEBERRY SURVEY, RUSK COUNTY, TX SUNOCO | A | Royalty | J | W | | | | | |
| 3. .05 WORKING INTEREST, KNIGHTS L SE , GREGG CTY, TX DANMARK | D | Royalty | K | W | | | | | |
| 4. .000172 ROYALTY INTEREST-HENDE RSON CTY,TX XTO & OGM | A | Royalty | J | W | | | | | |
| 5. OPELIKA GAS POOL 22 CROSS TIMB ERS HENDERSON CO TX XTO & OGM | D | Royalty | K | W | | | | | |
| 6. A. ANGLIN SURVEY, HENDERSON CO UNTY, TX KINDER MORGAN | B | Royalty | J | W | | | | | |
| 7. E. F. EDWARDS GAS UNIT - VAN ZAND T CO, TX BRECK OPERATING | A | Royalty | J | W | | | | | |
| 8. GUARANTY BANK, ACCT 4 | A | Interest | | | Closed | 09/09 | J | | |
| 9. GUARANTY BANK, ACCT 7 | B | Interest | J | T | | | | | |
| 10. GUARANTY BANK, ACCT 9 | B | Interest | | | Matured | 8/24 | L | | |
| 11. SMITH BARNEY MONEY MARKET A CCT. | A | Int./Div. | J | T | | | | | |
| 12. SMITH BARNEY WYLIE ISD BOND | B | Interest | K | T | | | | | |
| 13. SMITH BARNEY PLANO TX ISD BOND | A | Interest | | | Redeemed | 2/15 | K | | |
| 14. FROST BROKERAGE SERVICES #2 - MONEY MARKET | A | Int./Div. | L | T | | | | | |
| 15. FROST BROKERAGE SERVICES #2 - UNITED STATES TREASURY NOTE | E | Interest | O | T | | | | | |
| 16. WELLS FARGO BANK, ACCT 1 | A | Interest | K | T | | | | | |
| 17. FROST BROKERAGE SERVICE #1 MON EY FUNDS - PRIME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FROST BROKERAGE SERVICE #1 CD SB&A | D | Interest | M | T | Buy | 1/09 | M | | |
| 19. FROST NATIONAL BANK ACCT 2 CHECKING MM | A | Int./Div. | J | T | | | | | |
| 20. ███████ TRUST, ███████ TRUSTEE, FROST NATIONAL BANK | A | Interest | J | T | | | | | |
| 21. J.P. MORGAN CHASE BANK | A | Interest | K | T | | | | | |
| 22. JW BASS GAS UNIT VAN ZANDT CO TX 0.009430800 ROYALTY INT | A | Royalty | J | W | | | | | |
| 23. TREASURY DIRECT TWO YEAR TREASURY NOTE | D | Interest | N | T | | | | | |
| 24. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | M | T | | | | | |
| 25. TREASURY DIRECT THREE YEAR TREASURY NOTE | D | Interest | | | Redeemed | 08/15 | M | | |
| 26. TREASURY DIRECT FIVE YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 27. TREASURY DIRECT THREE YEAR TREASURY NOTE | D | Interest | | | Redeemed | 03/31 | N | | |
| 28. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 29. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 30. TREASURY DIRECT SIX MONTH TREASURY NOTE | A | Interest | L | T | Buy | 09/04 | L | | |
| 31. TREASURY DIRECT TWO YEAR TREASURY NOTE | A | Interest | M | T | Buy | 07/31 | M | | |
| 32. TREASURY DIRECT TWO YEAR TREASURY NOTE | A | Interest | M | T | Buy | 09/02 | M | | |
| 33. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | N | T | Buy | 03/31 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JUSTICE, WILLIAM W. | U.S. DISTRICT COURT | 07/24/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR STATUS | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 903 SAN JACINTO BLVD.<br>CHAMBERS 316<br>AUSTIN, TX 78701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 JUL 8 P 3: 20
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Justice, William W (2)

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▬▬▬ VAN ZANDT CTY, TX | A | Rent | M | W | | | | | |
| 2. ▬▬ CASTLEBERRY SURVEY, RUSK COUNTY, TX SUNOCO | A | Royalty | J | W | | | | | |
| 3. .05 WORKING INTEREST, KNIGHTS L SE , GREGG CTY, TX DANMARK | D | Royalty | K | W | | | | | |
| 4. .000172 ROYALTY INTEREST-HENDE RSON CTY,TX XTO & OGM | A | Royalty | J | W | | | | | |
| 5. OPELIKA GAS POOL 22 CROSS TIMB ERS HENDERSON CO TX XTO & OGM | D | Royalty | K | W | | | | | |
| 6. A. ANGLIN SURVEY, HENDERSON CO UNTY, TX KINDER MORGAN | B | Royalty | J | W | | | | | |
| 7. E. F. EDWARDS GAS UNIT - VAN ZAND T CO, TX BRECK OPERATING | A | Royalty | J | W | | | | | |
| 8. GUARANTY BANK, ACCT 4 | A | Interest | | | Closed | 09/09 | J | | |
| 9. GUARANTY BANK, ACCT 7 | B | Interest | J | T | | | | | |
| 10. GUARANTY BANK, ACCT 9 | B | Interest | | | Matured | 8/24 | L | | |
| 11. SMITH BARNEY MONEY MARKET A CCT. | A | Int./Div. | J | T | | | | | |
| 12. SMITH BARNEY WYLIE ISD BOND | B | Interest | K | T | | | | | |
| 13. SMITH BARNEY PLANO TX ISD BOND | A | Interest | | | Redeemed | 2/15 | K | | |
| 14. FROST BROKERAGE SERVICES #2 - MONEY MARKET | A | Int./Div. | L | T | | | | | |
| 15. FROST BROKERAGE SERVICES #2 - UNITED STATES TREASURY NOTE | E | Interest | O | T | | | | | |
| 16. WELLS FARGO BANK, ACCT 1 | A | Interest | K | T | | | | | |
| 17. FROST BROKERAGE SERVICE #1 MON EY FUNDS - PRIME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FROST BROKERAGE SERVICE #1 CD SB&A | D | Interest | M | T | Buy | 1/09 | M | | |
| 19. FROST NATIONAL BANK ACCT 2 CHECKING MM | A | Int./Div. | J | T | | | | | |
| 20. ████ TRUST, ████ TRUSTEE, FROST NATIONAL BANK | A | Interest | J | T | | | | | |
| 21. J.P. MORGAN CHASE BANK | A | Interest | K | T | | | | | |
| 22. JW BASS GAS UNIT VAN ZANDT CO TX 0.009430800 ROYALTY INT | A | Royalty | J | W | | | | | |
| 23. TREASURY DIRECT TWO YEAR TREASURY NOTE | D | Interest | N | T | | | | | |
| 24. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | M | T | | | | | |
| 25. TREASURY DIRECT THREE YEAR TREASURY NOTE | D | Interest | | | Redeemed | 08/15 | M | | |
| 26. TREASURY DIRECT FIVE YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 27. TREASURY DIRECT THREE YEAR TREASURY NOTE | D | Interest | | | Redeemed | 03/31 | N | | |
| 28. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 29. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 30. TREASURY DIRECT SIX MONTH TREASURY NOTE | A | Interest | L | T | Buy | 09/04 | L | | |
| 31. TREASURY DIRECT TWO YEAR TREASURY NOTE | A | Interest | M | T | Buy | 07/31 | M | | |
| 32. TREASURY DIRECT TWO YEAR TREASURY NOTE | A | Interest | M | T | Buy | 09/02 | M | | |
| 33. TREASURY DIRECT TWO YEAR TREASURY NOTE | C | Interest | N | T | Buy | 03/31 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W. | 07/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544